W:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXPANSE NETWORKS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| CATALINA MARKETING CORP. | : | NO. 02-2857 |

### NOTICE

AND NOW, this 24th day of APRIL, 2003, this matter is scheduled for a  - STATUS telephone conference to be held on Tuesday, April 29, 2003 at 10:30 a.m. with the Honorable J. Curtis Joyner.  Plaintiff's counsel to initiate the call to chambers at 215-597-1537.

cc: Steven M. Coren, Esq. (Via fax)
    Camille M. Miller, Esq. (Via fax)

ATTEST:                             or     BY THE COURT

BY:  ADRIENNE MANN                          _____
     For Angela Mickie                              Judge
     Deputy Clerk

Civ 12 (9/83)