## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EXPANSE NETWORKS, INC.                           :
                                                 :
                    Plaintiff,                   :
                                                 :
         v.                                      :    C.A. NO. 02-CV-2857
                                                 :
CATALINA MARKETING CORP.,                        :
                                                 :
                    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned attorney, Camille M. Miller, a member of the bar of the United

States District Court for the Eastern District of Pennsylvania, who has entered an appearance in

this action on behalf of Defendant Catalina Marketing Corporation, hereby moves this Court

pursuant to Local Rule 83.5.2(b) for admission *pro hac vice* of Dawn C. Wolff and Paul V.

Storm, of the law firm of:

> STORM & HEMINGWAY, L.L.P.
> 8117 Preston Road, Suite 460
> Dallas, TX  75225
> Telephone No. (214) 292-8300
> Facsimile No. (214) 292-8999

as counsel for Defendant Catalina Marketing Corporation.

The undersigned represents that Dawn C. Wolff is a member of the bar of the

State of Texas, the United States District Court for Northern District of Texas and the United

States Court of Appeals for the Fifth Circuit and that Paul V. Storm is a member of the bar of the

State of Texas, the United States District Courts for the Northern, Eastern and Southern Districts

of Texas, the United States District Court for the Western District of Wisconsin, the United

States Court of Appeals for the Fifth, Seventh, and Eight Circuits, the United States Court of

Appeals for the Federal Circuit and the United States Supreme Court. The undersigned further

represents that each is in good standing in every jurisdiction where they have been admitted to

practice, and that there are no disciplinary proceedings pending against either of them as a

member of the bar in any jurisdiction.


Dated: May 13, 2003                    _____

                                       Camille M. Miller
                                       Cozen O'Connor
                                       1900 Market Street
                                       Philadelphia, PA 19103
                                       (215) 665-7000
                                       Counsel for Defendant
                                       Catalina Marketing Corporation

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EXPANSE NETWORKS, INC.        :
                                    :
      Plaintiff,              :
                                    :
        v.                    :       C.A. NO. 02-CV-2857
                                    :
CATALINA MARKETING CORP.,    :
                                    :
      Defendant.

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2003, upon consideration of the

Motion for Admission of Counsel *Pro Hac Vice* for plaintiff,

It is hereby ORDERED that the Motion is GRANTED; and

It is further ORDERED that: Dawn C. Wolff and Paul V. Storm, both members of

the law firm of:

STORM & HEMINGWAY, L.L.P.
8117 Preston Road, Suite 460
Dallas, TX  75225

may appear as counsel *pro hac vice* Defendant Catalina Marketing Corporation.

_____
The Honorable J. Curtis Joyner

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing DEFENDANT CATALINA

MARKETING CORP.'S Motion for Admission Pro Hac Vice was served upon the attorneys of

record of all parties to the above cause via facsimile and U.S. First Class Mail, postage prepaid,

in accordance with Federal Rules of Civil Procedure, on this 13th day of May, 2003:

**Attorneys for Plaintiff:**

Steven M. Coren, Esq.
1525 Locust St., 17th Floor
Philadelphia, PA  19102
Tel:  (215) 735-8700
Fax:  (215) 735-5170


Edward W. Goldstein, Esq.
GOLDSTEIN & POLASEK
1177 West Loop South, Suite 400
Houston, TX  77027
Tel:  (713) 877-1515
Fax:  (713) 877-1737

Catherine M. Branka
Paralegal