IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
EXPANSE NETWORKS, INC.        : CIVIL ACTION
                              :
     vs.                      :
                              : NO. 02-CV-2857
CATALINA MARKETING CORP.      :
```

### ORDER

AND NOW, this _____ day of May, 2003, upon consideration of the Motion of Camille M. Miller, Esquire, for the Admission *Pro Hac Vice* of Dawn C. Wolff, Esquire and Paul V. Storm, Esquire, on behalf of the Defendant, Catalina Marketing Corp., and it appearing to the Court that good cause exists therefor, it is hereby ORDERED that the Motion is GRANTED and Dawn C. Wollf, Esquire and Paul V. Storm, Esquire are admitted to practice *Pro Hac Vice* before this Court as co-counsel with Camille M. Miller, Esquire on behalf of the said defendant for purposes of this action only in accordance with Local Rule of Civil Procedure 83.5.2.

BY THE COURT:

_____
J. CURTIS JOYNER,    J.