**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EXPANSE NETWORKS, INC.              : CIVIL ACTION
                                    :
        vs.                         :
                                    : NO. 02-2857
CATALINA MARKETING CORP.            :

## ORDER

    AND NOW, this           day of November, 2003, upon consideration of the parties' Joint Motion for Extension of Certain Deadlines, it is hereby ORDERED that the Motion is GRANTED and the deadlines set forth in this Court's Scheduling Order of July 9, 2003 are EXTENDED for a period of ninety (90) days.  <u>See</u>, Fed.R.Civ.P. 6(b).

BY THE COURT:

_____

J. CURTIS JOYNER,        J.