IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXPANSE NETWORKS, INC., | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | Civil Action No.  02-CV-2857 |
| CATALINA MARKETING CORP., | | |
| Defendant. | | |

## JOINT MOTION FOR THE EXTENSION OF CERTAIN DEADLINES

COMES NOW Plaintiff EXPANSE NETWORKS, INC. and Defendant CATALINA MARKETING CORP. and make this their Joint Motion for the Extension of Certain Deadlines and respectfully show the Court as follows:

1.   On July 9, 2003, this Court entered a Scheduling Order, and on November 25, 2003, this Court granted a ninety-day extension of time of certain deadlines.

2.   Since then, counsel for one of the parties suffered illness, required lengthy hospitalization, and is still recovering.

3.   In light of the above, the parties jointly seek an additional thirty-day extension of the following deadlines to the proposed dates shown:

- 05/17/04   Discovery completion deadline.
- 05/18/04   Trial exhibits to be marked and exchanged.
- 05/17/04   Plaintiff shall identify and submit Curriculum Vitae for all expert witness.
- 05/31/04   Reports and/or responses to expert witness discovery

1

        for Plaintiff's expert witness shall be served by Plaintiff on Defendant.

-  05/17/04 Defendant shall identify and submit Curriculum Vitae for all expert witness.

-  05/31/04 Reports and/or responses to expert witness discovery for Defendant's expert witness shall be served by Defendant on Plaintiff.

-  06/07/04 All motions for summary judgment are due.

-  06/14/04 Joint Pretrial Memo due.

-  _____ Case placed in Court's trial pool

4. The above schedule closely tracks the items in the Scheduling Order entered by this Court on July 9, 2003. The only changes reflect the additional time to which the parties have agreed to extend such deadlines.

Accordingly, the parties request that this Court extend the deadlines as set forth above.

Respectfully submitted,

_____          _____
Steven M. Coren                                                   Camile M. Miller
KAUFMAN, COREN & RESS, P.C.                        Brian J. Urban
1525 Locust Street, 17th Floor                              COZEN O'CONNOR
Philadelphia, PA 19102                                        1900 Market Street
(215) 735-8700                                                     Philadelphia, PA 19103
(215) 735-5170 (fax)                                            (215) 665-2000
                                                                             (215) 665-2013 (fax)

Edward W. Goldstein
Jody M. Goldstein                                              Paul V. Storm
GOLDSTEIN & FAUCETT, L.L.P.                       Dawn C. Wolff
1177 West Loop South, Suite 400                    STORM & HEMINGWAY
Houston, Texas  77027                                     8117 Preston Road
(713) 877-1515                                                  Suite 460
(713) 877-1737 (fax)                                          Dallas, Texas 75225
                                                                           (214) 292-8998
Jonathan T. Suder                                             (214) 292-8999 (fax)
Edward E. Casto, Jr.
FRIEDMAN, SUDER & COOKE                         **ATTORNEYS FOR DEFENDANT**
Tindall Square Warehouse No. 1                     **CATALINA MARKETING CORP.**
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
(817) 334-0401 (fax)

**ATTORNEYS FOR PLAINTIFF**
**EXPANSE NETWORKS, INC.**

3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXPANSE NETWORKS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 02-CV-2857 |
| CATALINA MARKETING CORP., | § § § | |
| Defendant. | § | |

## **ORDER**

Before the Court is a Joint Motion for the Extension of Certain Deadlines. Finding that good cause exists for the granting of the same, it is hereby ordered that the Motion is GRANTED and the following new deadlines apply:

- 05/17/04    Discovery completion deadline.

- 05/18/04    Trial exhibits to be marked and exchanged.

- 05/17/04    Plaintiff shall identify and submit Curriculum Vitae for all expert witness.

- 05/31/04    Reports and/or responses to expert witness discovery for Plaintiff's expert witness shall be served by Plaintiff on Defendant.

- 05/17/04    Defendant shall identify and submit Curriculum Vitae for all expert witness.

- 05/31/04    Reports and/or responses to expert witness discovery for Defendant's expert witness shall be served by Defendant on Plaintiff.

4

-     06/07/04    All motions for summary judgment are due.
-     06/14/04    Joint Pretrial Memo due.
-     _____    Trial setting.

SIGNED this _____ day of January, 2004.

_____
UNITED STATES DISTRICT JUDGE