IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EXPANSE NETWORKS, INC. | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-2857 |
| CATALINA MARKETING CORP. | : |

**ORDER**

AND NOW, this            day of January, 2004, upon consideration of the parties' Joint Motion for Extension of Certain Deadlines, and it appearing to the Court that good cause exists but that this is the parties' second extension, it is hereby ORDERED that the Motion is GRANTED and the deadlines set forth in this Court's previous Scheduling Orders of July 9 and November 25, 2003 are FINALLY EXTENDED for a period of thirty (30) days.

IT IS FURTHER ORDERED that no further extensions of time shall be granted by this Court.

BY THE COURT:

_____
J. CURTIS JOYNER,          J.