## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
EXPANSE NETWORKS, INC.          : CIVIL ACTION
                                :
     vs.                        : NO. 02-CV-2857
                                :
CATALINA MARKETING CORP.        :
```

**ORDER**

AND NOW, this _____ day of April, 2004, upon consideration of the Motion of Steven M. Coren, Esquire for the Admission *Pro Hac Vice* of Edward E. Castro, Jr., Esquire, and it appearing to the Court that Mr. Castro is a member in good standing of the Bar of the State of Illinois and that good cause exists therefor, it is hereby ORDERED that the Motion is GRANTED and Edward E . Castro, Jr. Esquire is admitted to practice *Pro Hac Vice* before this Court as co-counsel with Steven M. Coren, Esquire on behalf of Plaintiff for purposes of this action only in accordance with Local Rule of Civil Procedure 83.5.2.

```
                                BY THE COURT:


                                _____
                                J. CURTIS JOYNER,    J.
```