IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EXPANSE NETWORKS, INC.        :        CIVIL ACTION
                              :
                              :
                              :
                              :        NO. 02-2857
        vs.                   :
                              :
                              :
CATALINA MARKETING CORPORATION

O R D E R

    AND NOW, this 13TH day of APRIL, 2004, the above-captioned case is scheduled for a **jury** trial to commence on     , at JULY 19, 2004  10:00 A.M. in Courtroom 8B on the 8th floor, before the Honorable J. Curtis Joyner in the U.S. Courthouse, 601 Market Street, Philadelphia, PA.

    AND IT IS SO ORDERED.

                                    _____
                                        J. CURTIS JOYNER, J.