**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EXPANSE NETWORKS,INC.** | : | CIVIL ACTION |
| | : | |
| **VS** | : | |
| | : | |
| **CATALINA MARKETING CORPORATION** | | |
| | | 02-2857 |

<u>ORDER</u>

**AND NOW,** this 14TH day of APRIL, 2004it is hereby **ORDERED** that the above captioned matter is referred to U.S. Magistrate Judge THOMAS J. RUETER, in accordance with 28 U.S.C. § 636 (b) (1) (A), for the exploration of settlement.

**AND IT IS SO ORDERED.**

_____
J. CURTIS JOYNER,         J.