IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXPANSE NETWORKS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 02-CV-2857 |
| CATALINA MARKETING CORP., | § § § | |
| Defendant. | § | |

### MOTION OF JONATHAN T. SUDER AND EDWARD E. CASTO, JR. TO WITHDRAW AS COUNSEL FOR PLAINTIFF

1. Jonathan T. Suder and Edward E. Casto, Jr. ask this court to all them as well as their law firm, Friedman, Suder & Cooke, P.C., to withdraw as co-counsel for Plaintiff Expanse Networks, Inc. ("Expanse").

2. Expanse filed suit against Catalina Marketing Corp. for patent infringement. Expanse is represented by Steven M. Coren as local counsel, Edward W. Goldstein and Jody M. Goldstein of the law firm of Goldstein & Faucett are designated as lead counsel, and Messrs. Suder and Casto as co-counsel.

3. Mr. Suder and Mr. Casto and their law firm, Friedman, Suder & Cooke, P.C., seek to withdraw as co-counsel for Expanse. Expanse has approved this withdrawal. Mr. Coren, Mr. Goldstein and Ms. Goldstein will remain as counsel for Expanse.

4. No prejudice will come to any of the parties by virtue of this Motion because the withdrawal will not delay these proceedings.

        Respectfully submitted,

        <u>SMC285</u>
        **Steven M. Coren**
        **KAUFMAN, COREN & RESS, P.C.**
        **1525 Locust Street, 17th Floor**
        **Philadelphia, PA 19102**
        **(215) 735-8700**
        **(215) 735-5170 (fax)**

        **Edward W. Goldstein**
        **Jody M. Goldstein**
        **GOLDSTEIN & FAUCETT, L.L.P.**
        **1177 West Loop South, Suite 400**
        **Houston, Texas  77027**
        **(713) 877-1515**
        **(713) 877-1737 (fax)**

        **Jonathan T. Suder**
        **Edward E. Casto, Jr.**
        **Friedman, Suder & Cooke**
        **Tindall Square Warehouse No. 1**
        **604 East 4th Street, Suite 200**
        **Fort Worth, Texas 76102**
        **(817) 334-0400**
        **(817) 334-0401 (fax)**

        **ATTORNEYS FOR PLAINTIFF**
        **EXPANSE NETWORKS, INC.**

## <u>CERTIFICATE OF SERVICE</u>

     This will certify that a true and correct copy of the above and foregoing document has been served on all counsel of record on this the 22nd day of April, 2004.

| | |
|---|---|
| Camille M. Miller and Brian J. Urban | Paul V. Storm and Dawn C. Wolff |
| Cozen O'Connor | Storm & Hemingway |
| 1900 Market Street | 8117 Preston Road |
| Philadelphia, PA 19103 | Suite 460 |
| *Via United States Mail* | Dallas, Texas 75225 |
| | *Via United States Mail* |

        <u>SMC 285</u>