IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
EXPANSE NETWORKS, INC.         : CIVIL ACTION
                               :
       vs.                     :
                               : NO. 02-2857
CATALINA MARKETING CORP.       :
```

**ORDER**

AND NOW, this             day of April, 2004, upon consideration of the Motion of Jonathan T. Suder, Esquire and Edward E. Castro, Jr., Esquire for leave to withdraw as co-counsel for Plaintiff and it appearing to the Court that there is no opposition thereto and that the plaintiff is already represented by other counsel, it is hereby ORDERED that the Motion is GRANTED and Jonathan T. Suder, Esquire, Edward E. Castro, Jr., Esquire and the law firm of Friedman, Suder & Cooke, P.C. are given leave to withdraw their appearances as counsel for the plaintiff in this action.

BY THE COURT:

_____
J. CURTIS JOYNER,        J.