<u>**CERTIFICATE OF SERVICE**</u>

I, Steven M. Coren, hereby certify that on July 30, 2003, I caused a true and correct copy

of the foregoing to be served upon the Defendant, Catalina Marketing Corp., by service upon the

Defendant's counsel, by first class mail, postage prepaid, upon the following:

Camile M. Miller, Esquire
Brian J. Urban, Esquire
COZEN O'CONNER
1900 Market Street
Philadelphia, PA 19103
Fax No. (215) 665-2013

Paul V. Storm, Esquire
Dawn C. Wolff, Esquire
STORM & HEMINGWAY, L.L.P.
8117 Preston Road, Suite 460
Dallas, TX 75225
Fax No. (214) 292-8999

Attorneys for Defendant
Catalina Marketing Corp.

 **SMC 280**                                          
**STEVEN M. COREN**

G:\Expanse Networks\Cert 2.wpd