IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EXPANSE NETWORKS, INC. | : |
| Plaintiff, | : |
| v. | : C.A. NO. 2:02-cv-2857-JCJ |
| CATALINA MARKETING CORP., | : |
| Defendant. | : |

**ENTRY OF APPEARANCES**

KINDLY enter the appearances of the undersigned, Eric Kraeutler and John V. Gorman of Morgan, Lewis & Bockius LLP, on behalf of defendant Catalina Marketing Corp. in the above-captioned action.

Respectfully submitted,

_____
Eric Kraeutler (Pa. Bar No. 32189)

_____
John V. Gorman (Pa. Bar No. 80631)

MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2004 I caused a true and correct copy of the foregoing Entry Of Appearances to be served upon counsel in the following manner:

**VIA FACSIMILE &
FIRST CLASS MAIL**

Edward Goldstein
Jody Goldstein
GOLDSTEIN & FAUCETT, L.L.P.
1177 West Loop South
Suite 400
Houston, TX 77027

Steven M. Coren
KAUFMAN, COREN & RESS, P.C.
1525 Locust Street
17th Floor
Philadelphia, PA 19102

_____
John V. Gorman