**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EXPANSE NETWORKS, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. NO. 02-CV-2857 |
| | : | |
| CATALINA MARKETING CORP., | : | |
| | : | |
| Defendant. | : | |

## WITHDRAW OF APPEARANCE

TO THE CLERK OF THE COURT

 Kindly withdraw my appearance as counsel for Defendant, Catalina Marketing

Corporation, in the above captioned matter.

    Respectfully submitted,

    COZEN O'CONNOR


    /s/ Camille M. Miller – CM1101
    By: Camille M. Miller
      1900 Market Street
      Philadelphia, PA  19103
      cmiller@cozen.com
      (215) 665 - 7273- Telephone
      (215) 701 - 2273 - Facsimile

      Attorney for Defendant
      Catalina Marketing Corporation

Dated:  May 7, 2004

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing Withdraw of Appearance was served via U.S. first class mail on the date below to counsel for Plaintiff and Defendant at the addresses below:

Paul V. Storm, Esquire
STORM & HEMINGWAY, L.L.P.
8117 Preston Road, Suite 460
Dallas, TX  75225

Eric Kraeutler, Esquire
MORGAN LEWIS
1701 Market Street
Philadelphia, PA  19103

Steven M. Coren, Esquire
KAUFMAN, COREN, & RESS, P.C.
1525 Locust St., 17th Floor
Philadelphia, PA  19102

and

Edward W. Goldstein, Esq.
GOLDSTEIN & POLASEK
1177 West Loop South, Suite 400
Houston, TX  77027

/s/ Catherine M. Branka
Catherine M. Branka
Paralegal

Dated: May 7, 2004