

### source code

A computer program written by a programmer in a source language. Source code is input to a compiler or assembler, in order to derive object code (machine code).

Visit other areas of ComputerUser.com

© 2004 ComputerUser