IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXPANSE NETWORKS, INC. | : | CIVIL ACTION |
| v. | : | |
| CATALINA MARKETING CORP. | : | NO. 02-CV-2857 |

### AMENDED SCHEDULING ORDER

AND NOW, to wit, this      day of                  , 2004, IT IS ORDERED as follows:

1. All discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by   June 17, 2004   ;

2. Pursuant to this Court's Scheduling Order dated July 9, 2003, as amended, the parties already have identified and submitted curriculum vitae for all expert witnesses. Reports and/or responses to expert witness discovery for all such expert witnesses shall be served on or before   June 21, 2004   ;

3. A claim construction hearing shall be held on   July 19, 2004   .

4. Each party shall disclose to the other party those claim terms that it contends need to be construed, and its proposed construction of such terms, on or before   June 17, 2004   .

    5. Each party shall file an opening brief supporting its claim construction positions by __June 25, 2004__.  Responsive briefs shall be filed by __July 9, 2004__.  Reply briefs shall be filed by __July 16, 2004__.

    6. All motions for summary judgment are due by __June 25, 2004__.  Responsive briefs shall be filed by __July 9, 2004__.  Reply briefs shall be filed by __July 16, 2004__.

    7. The parties shall prepare and file with the Clerk of Court a Joint Pretrial Memorandum, in accordance with this Order and Local Rule of Civil Procedure 16.1(c), on or before __September 17, 2004__.

    8. All trial exhibits shall be marked and exchanged on or before __September 17, 2004__.

    9. A final pretrial conference shall be held on __September 23, 2004__.

    10. The case is special listed for trial on __November 1, 2004__.

    11. Except as modified herein, the provisions of this Court's Scheduling Order dated July 9, 2003, as amended, shall remain in effect.

                                          _____
                                            J. Curtis Joyner, J.