## CERTIFICATE OF SERVICE

I, Steven M. Coren, Esquire, do hereby certify that a true and correct copy of the foregoing was served this 25th day of June, 2004, by first-class mail, postage pre-paid upon the following:

>Eric Kraeutler
>Morgan, Lewis & Bockius, LLP
>1701 Market Street
>Philadelphia, PA 19103-2921
>
>Paul V. Storm
>John W. MacPete
>STORM & HEMINGWAY, L.L.P.
>8117 Preston Road, Suite 460
>Dallas, TX 75225

_____
**STEVEN M. COREN**