# STORM & HEMINGWAY
### A LIMITED LIABILITY PARTNERSHIP

PAUL V. STORM
D. SCOTT HEMINGWAY

PRESTON COMMONS WEST • SUITE 460
8117 PRESTON ROAD
DALLAS, TEXAS 75225
WWW.ALLIPLAW.COM

OF COUNSEL
JOHN W. MACPETE
JOHN G. FISCHER
MARK D. PERDUE

MALCOLM W. PIPES
ROBIN L. BARNES
DAWN C. WOLFF
CHARLES HERRICK

**INTELLECTUAL PROPERTY LAW**

PATENTS • COPYRIGHTS • TRADEMARKS
LITIGATION • PROSECUTION • LICENSING

WRITER'S DIRECT PHONE
(214) 292-8998
FACSIMILE (214) 292-8999
PAULSTORM@ALLIPLAW.COM

April 2, 2004

Edward W. Goldstein, Esq.
Goldstein & Faucett, LLP
1177 West Loop South, Suite 400
Houston, TX 77027

*VIA FACSIMILE (713) 877-1145*

Re: *Expanse Networks, Inc. v. Catalina Marketing Corp.*
Civil Action No. 02-CV-2857 in the Eastern District of Pennsylvania
Our Ref. No. CATA 02815 LPAT

Dear Ed:

In response to Plaintiff's letter to Court today, Defendant hereby designates at least the following claim terms as needing construction by Plaintiff. To the extent a phrase indicated below contains discrete subparts (e.g. "receiving the advertisement profile") each subpart must be defined (e.g. "receiving" and "advertisement profile.")

U.S. No. 6,216,129

Claim 1

"computer implemented method";
"selecting a targeted advertisement";
"profile of the consumer";
"generated from";
"detailed purchase records"
"profile for each advertisement";
"identifies"
"discretionary characteristics";
"intended target market";
"receiving the advertisement profile";
"retrieving the consumer profile";
"wherein the detailed purchase records used to generate the consumer profile include multiple point-of-sale transactions."
"calculating a correlation factor between":



**STORM & HEMINGWAY, L.L.P.**
Edward W. Goldstein, Esq.
April 2, 2004
Page 2


"scalar product of the consumer profile and the advertisement profile"; and "selecting"..."responsive to said calculating a correlation factor."

<u>U.S. No. 6,298,348</u>

Claim 1

"a computer implemented method"
"generating a profile of a consumer";
"based on multiple purchases made by the consumer";
"accumulated in detailed in purchase records";
"retrieving the detailed purchase records";
"retrieving product characterization information associated with products";
"a set of heuristic rules";
"probabilistic measure";
"demographic characteristics";
"generating a profile of the consumer based on";
"demographic profile"; and
"generated from the detailed purchase records and the set of heuristic rules."


Sincerely,

*Paul V. Storm*

Paul V. Storm

cc: Edward W. Goldstein, Esq.      *Via Facsimile*
    Steven M. Coren, Esq.           *Via Facsimile*
    Justin Summer, Esq.             *Via Electronic Mail*
    Camille Miller, Esq.            *Via Electronic Mail*