IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| EXPANSE NETWORKS, INC., : | |
| Plaintiff, : | Civil Action No. 02-CV-2857 |
| v. : | |
| CATALINA MARKETING CORP., : | |
| Defendant. : | |

---

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON NON-INFRINGEMENT

Pursuant to Fed. R. Civ. P. 56, defendant Catalina Marketing Corp. hereby moves the Court for entry of summary judgment that defendant does not infringe U.S. Patent Nos. 6,216,129 and 6,298,348. The grounds for this motion are set forth in defendant's supporting brief, which is incorporated by reference herein.

Date: June 25, 2004

Respectfully Submitted,

_____/JVG2384
Eric Kraeutler (Pa. Bar I.D. No. 32189)
John V. Gorman (Pa. Bar I.D. No. 80631)
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
Telephone No.: (215) 963-5000
Facsimile No.: (215) 963-5001

John W. MacPete
Paul V. Storm
STORM & HEMINGWAY, L.L.P.

8117 Preston Road, Suite 460
Dallas, TX 75225
Telephone No.: (214) 292-8300
Facsimile No.: (214) 292-8999

**ATTORNEYS FOR DEFENDANT
CATALINA MARKETING CORP.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Defendant's Motion For Summary Judgment Of Non-Infringement was served upon the attorneys of record of all parties in accordance with Federal Rules of Civil Procedure, on this 25th day of June, 2004 as follows:

**VIA FIRST CLASS MAIL**

Steven M. Coren, Esq.
1525 Locust St., 17th Floor
Philadelphia, PA 19102
Tel: (215) 735-8700
Fax: (215) 735-5170

**VIA E-MAIL**

Edward W. Goldstein
GOLDSTEIN & FAUCETT
1177 West Loop South, Suite 400
Houston, TX 77027
Tel: (713) 877-1515
Fax: (713) 877-1737

_____/JVG2384
John V. Gorman