THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXPANSE NETWORKS, INC. | § § | |
| PLAINTIFF, | § § | |
| vs. | § | C.A. NO. 02-CV-2857 |
| CATALINA MARKETING CORP., | § § § | |
| DEFENDANT. | § | |

## DECLARATION OF JOHN V. GORMAN
## IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT

I, John V. Gorman, do declare as follows:

1. My name is John V. Gorman. I am over the age of 18 and otherwise competent to make this declaration.

2. I am an attorney with Morgan, Lewis & Bockius LLP in Philadelphia. I am one of the attorneys of record for Defendant Catalina Marketing Corporation.

3. Attached hereto as Gorman Exhibit 1 is a true and correct copy of Expanse's claim construction as produced on June 17, 2004.

4. Attached hereto as Gorman Exhibit 2 is a true and correct copy of U.S. Patent No. 5,758,257.

5. Attached hereto as Gorman Exhibit 3 are a true and correct copies of pages 180-181 of the Deposition of Charles Eldering from April 28, 2004.

6. Attached hereto as Gorman Exhibit 4 are a true and correct copies of pages 63-68 and 110 of the Deposition of Mike Hendry from June 10, 2004.

7. Attached hereto as Gorman Exhibit 5 is a true and correct copy of U.S. Patent No. 6,216,129.

8. Attached hereto as Gorman Exhibit 6 is a true and correct copy of U.S. Patent No. 6,298,348.

9. Attached hereto as Gorman Exhibit 7 is a true and correct copy of U.S. Patent No. 5,930,764.

10. Attached hereto as Gorman Exhibit 8 is true and correct copy of page 27 of the Deposition of Eric Williams from May 4, 2004.

11. Attached hereto as Gorman Exhibit 9 is a true and correct copy of the claim term stipulation entered into by counsel for the parties.

12. Attached hereto as Gorman Exhibit 10 is a true and correct copy of the Declaration of Mike Hendry in Support of Catalina's Motion for Summary Judgment.

13. Attached hereto as Gorman Exhibit 11 is a true and correct copy of page 76 of the Deposition of Eric Williams from April 7, 2004.

14. Attached hereto as Gorman Exhibit 12 is a true and correct copy of pages 9 and 14 of the Deposition of Charles Eldering from February 24, 2004.

15. Attached hereto as Gorman Exhibit 13 is a true and correct copy of the Declaration of Carlene Thissen in Support of Catalina's Motion for Summary Judgment.

I declare under penalty of perjury and the laws of the United States that the forgoing testimony is true and correct and is based on my own personal knowledge.

Dated: June 25, 2004

_____
John V. Gorman

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Declaration Of John V. Gorman In Support Of Motions For Summary Judgment was served upon the attorneys of record of all parties in accordance with Federal Rules of Civil Procedure, on this 25th day of June, 2004, addressed as follows:

### VIA FIRST CLASS MAIL

Steven M. Coren, Esq.
1525 Locust St., 17th Floor
Philadelphia, PA 19102
Tel: (215) 735-8700
Fax: (215) 735-5170

### VIA OVERNIGHT COURIER

Edward W. Goldstein
GOLDSTEIN & FAUCETT
1177 West Loop South, Suite 400
Houston, TX 77027
Tel: (713) 877-1515
Fax: (713) 877-1737

_____
John V. Gorman