UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EXPANSE NETWORKS, INC.** | § § § | |
| PLAINTIFF, | § § | |
| vs. | § § | C.A. NO. 02-CV-2857 |
| **CATALINA MARKETING CORP.,** | § § § | |
| DEFENDANT. | § | |

### SECOND DECLARATION OF JOHN V. GORMAN IN SUPPORT OF DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT

I, John V. Gorman, do declare as follows:

1. My name is John V. Gorman. I am over the age of 18 and otherwise competent to make this declaration.

2. I am an attorney with Morgan, Lewis & Bockius LLP in Philadelphia. I am one of the attorneys of record for Defendant Catalina Marketing Corporation.

3. Attached hereto as Gorman Exhibit 14 is a true and correct copy of the *Second Declaration of Carlene Thissen in Support of Catalina's Motions for Summary Judgment* dated July 16, 2004 with accompanying Exhibits 1-3.

4. Attached hereto as Gorman Exhibit 15 is a true and correct copy of definition excerpts from *American Marketing Association, Dictionary of Marketing Terms, 2d Ed.* (1995).

5. Attached hereto as Gorman Exhibit 16 is a true and correct copy of pages 74 – 77 from the transcript of the 30(b)(6) deposition of Eric Williams, as recorded May 4, 2004.

6. Attached hereto as Gorman Exhibit 17 is a true and correct copy of the Declaration of Mike Hendry dated July 16, 2004, with accompanying Exhibit A entitled "Coupon Clippers, Save Your Scissors: Vons supermarkets are revolutionizing the delivery of discounts" as published in the June 20, 1994 edition of *Business Week*.

I declare under penalty of perjury and the laws of the United States that the forgoing testimony is true and correct and is based on my own personal knowledge.

Dated: July 16, 2004

_____
John V. Gorman