**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EXPANSE NETWORKS, INC.** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **vs.** | § | **C.A. NO. 02-CV-2857** |
| | § | |
| **CATALINA MARKETING CORP.,** | § | |
| | § | |
| **DEFENDANT.** | § | |

<u>**DEFENDANT'S EXPEDITED MOTION TO STAY**</u>

Defendant Catalina Marketing Corp. hereby moves the Court to stay all proceedings in this case pending the Court's ruling on claim construction and resolution of Defendant's Motions for Summary Judgment of Non-Infringement and Invalidity of the '129 and '348 Patents. The grounds for this motion are set forth in Defendant's supporting brief, which is incorporated by reference herein. Given the upcoming September 17, 2004 deadline for exchange of trial exhibits and filing of the Joint Pretrial Memorandum and the September 23, 2004 final pretrial conference, expedited treatment through a telephonic hearing on this matter is requested at the Court's earliest convenience.

Respectfully Submitted,

Dated: September 14, 2004

s/John V. Gorman
Eric Kraeutler (Pa. Bar No. 32189)
John V. Gorman (Pa. Bar No. 80631)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone No.: (215) 963-5000
Facsimile No.: (215) 963-5001

John W. MacPete
Paul V. Storm
STORM & HEMINGWAY, L.L.P.
8117 Preston Road, Suite 460
Dallas, TX 75225
Telephone No.: (214) 292-8300
Facsimile No.: (214) 292-8999

**ATTORNEYS FOR DEFENDANT**
**CATALINA MARKETING CORP.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **DEFENDANT'S EXPEDITED MOTION TO STAY** was served upon the attorneys of record of all parties in accordance with Federal Rules of Civil Procedure, on this 14th day of September, 2004, as follows:

### VIA HAND DELIVERY

Steven M. Coren, Esq.
1525 Locust St., 17th Floor
Philadelphia, PA 19102
Tel: (215) 735-8700
Fax: (215) 735-5170

### VIA E-MAIL AND FIRST CLASS MAIL

Edward W. Goldstein
GOLDSTEIN & FAUCETT
1177 West Loop South, Suite 400
Houston, TX 77027
Tel: (713) 877-1515
Fax: (713) 877-1737

s/John V. Gorman
John V. Gorman

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EXPANSE NETWORKS, INC.** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **vs.** | § | **C.A. NO. 02-CV-2857** |
| | § | |
| **CATALINA MARKETING CORP.,** | § | |
| | § | |
| **DEFENDANT.** | § | |

## [PROPOSED] ORDER GRANTING DEFENDANT'S
## EXPEDITED MOTION TO STAY

**AND NOW**, this        day of            , 2004, upon consideration of the

submissions of the parties, **IT IS HEREBY ORDERED** that Defendant's Expedited

Motion To Stay is **GRANTED**.  All matters in this action are stayed pending resolution

of the Court's ruling on claim construction and Defendant's motions for summary

judgment.  The Court will enter an amended scheduling order subsequent to these rulings.

Signed on this _____ day of _____, 2004.


_____
Hon. J. Curtis Joyner
U.S. DISTRICT JUDGE