IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
EXPANSE NETWORKS, INC.        : CIVIL ACTION
                              :
      vs.                     :
                              : NO. 02-2857
CATALINA MARKETING CORP.      :
```

### ORDER

AND NOW, this          day of September, 2004, upon consideration of the Defendant's Expedited Motion to Stay and following telephone conference call with the parties, it is hereby ORDERED that the motion is GRANTED and all proceedings in this action are STAYED until further Order of this Court.

                                        BY THE COURT:


                                        _____
                                        J. CURTIS JOYNER,        J.