IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


**EXPANSE NETWORKS, INC.**          :          **CIVIL ACTION**
                                    :
          **VS**                    :
                                    :
**CATALINA MARKETING CORP.**
                                               **02-2867**


### ORDER

**AND NOW**, this 22ND day of SEPTEMBER, 2004  it is hereby **ORDERED** that the above captioned matter is referred to U.S. Magistrate Judge THOMAS J. RUETER, in accordance with 28 U.S.C. § 636 (b) (1) (A), for the exploration of settlement.

**AND IT IS SO ORDERED.**

                              _____
                              J. CURTIS JOYNER,           J.