IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Prime Research Alliance Research E, Inc.<br><br>　　Plaintiff and Counterclaim Defendant,<br><br>　　v.<br><br>Catalina Marketing Corporation<br><br>　　Defendant and Counterclaim Plaintiff. | Civil Action No. 02-CV-2857 |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The parties, pursuant to a Settlement Agreement and Release, have reached an agreement as to all matters raised in this action. Accordingly, IT IS HEREBY STIPULATED by and between Plaintiff and Counterclaim Defendant, Prime Research Alliance Research E, Inc., and Defendant and Counterclaim Plaintiff, Catalina Marketing Corporation, through their respective counsel, that this action be dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(ii) and (c) of the Federal Rules of Civil Procedure, each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| KAUFMAN, COREN & RESS, P.C. | MORGAN, LEWIS & BOCKIUS LLP |
| *(signature)* | *(signature)* |
| Steven M. Coren, Esq. | Eric Kraeutler, Esq. |
| 1525 Locust St., 17th Floor | John V. Gorman |
| Philadelphia, PA 19102 | 1701 Market Street |
| (215) 735-8700 | Philadelphia, PA 19103 |
| | (215) 963-5000 |
| Edward W. Goldstein, Esq. | Paul V. Storm |
| GOLDSTEIN & POLASEK | Dawn C. Wolff |
| 1177 West Loop South, Suite 400 | STORM & HEMINGWAY, L.L.P. |
| Houston, TX 77027 | 8117 Preston Road, Suite 460 |
| | Dallas, TX 75225 |
| Attorneys for Plaintiff, | (214) 292-8300 |
| Prime Research Alliance Research E, Inc. | |
| | Attorneys for Defendant, |
| | Catalina Marketing Corp. |

IT IS SO ORDERED this _____ day of _____, 2004.

_____
Judge