IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PRIME RESEARCH ALLIANCE E. INC.

                                                    :        CIVIL ACTION
                                                    :
       vs.                                       :
                                                    :        NO. 02-2857

CATALINA MARKETING CORP.

O R D E R

**AND NOW, TO WIT:** This 11TH day of JANUARY, 2005, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                          **MICHAEL E. KUNZ**, Clerk of Court


                                          **BY:**_____
                                                  ANGELA J. MICKIE
                                                  Deputy Clerk

Civ 2 (7/83)
41.1(b)