*JCJ*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA



**FILED**

March 13, 2007

MAR 1 3 2007

TO: Counsel of Record

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

SUBJECT: **LOCAL RULE OF CIVIL PROCEDURE 5.1.5,** *Documents Filed Under Seal*

CIVIL ACTION NO. 02-2857

Expanse Networks, Inc., et al   vs.   Catalina Marketing Corp.

### N O T I C E

Pursuant to Rule 5.1.5 of the Local Rules of Civil Procedure, Documents Filed Under Seal, *as approved and adopted by the judges of the United States District Court for the Eastern District of Pennsylvania,* effective March 1, 2005, the below noted document(s) continue(s) to remain sealed. The two-year period prescribed by L.R.C.P. 5.1.5 (b)(2) has now concluded and the Court has not entered an order continuing its sealed status beyond that time.

In accordance with L.R.C.P. 5.1.5(c), this is to notify you that the aforesaid document(s) will be unsealed unless you advise the Clerk in writing within sixty (60) days from the date of this notice, that you object to the unsealing of said document(s). If you object to the unsealing of the document(s) or if this Notice is returned unclaimed, the court will make a determination, on a case-by-case basis, whether to maintain the document(s) under seal, to unseal the document(s) under seal, or to require further notification.

**DOCUMENT(s) CURRENTLY UNDER SEAL:**

| Paper No. | Filed on | |
|---|---|---|
| 37 | 05/11/04 | Catalina Marketing Corp.'s motion to compel discovery responses, certificate of counsel, certificate of service, exhibits. |
| 41 | 06/25/04 | Exhibits by Catalina Marketing Corp. to Markman Brief regarding claim construction of the '129 and '348 patents. |
| 42 | 06/25/04 | Declaration of Jack Hickman. |
| 48 | 07/09/04 | Plaintiff's brief in opposition to defendant's motion for summary judgment of invalidity of the 129 and 348 patents, certificate of service. |
| 49 | 07/09/04 | Plaintiff's brief in opposition to defendant's motion for summary judgment of non-infringement, certificate of service. |
| 52 | 07/09/04 | Plaintiff's brief in opposition to defendant's motion for summary judgment of non-infringement. |
| 53 | 07/15/04 | Catalina Marketing Corp.'s motion to compel deposition testimony and production of documents, brief, declaration, certificate of service. |

*2/1/07 email from Nancy JCJ Chambers - ok to unseal remainder of docs*

*5-23-07*

**Pleading Unsealed Pursuant to LRCP 5.1.5**

| | | |
|---|---|---|
| 54 | 07/16/04 | Defendant's reply in support of its motion for summary judgment of invalidity of the '129 and '348 patents, certificate of service. |
| 55 | 07/16/04 | Defendant's reply in support of motion for summary judgment of non-infringement, certificate of service. |
| 56 | 07/16/04 | Defendant's reply in support of its claim construction positions, certificate of service. |
| 57 | 07/16/04 | Second declaration of John V. Gorman in support of defendant's motions for summary judgment, certificate of service. |
| 61 | 08/02/04 | Expanse Networks, Inc.'s opposition to defendant's motion to compel deposition testimony and production of documents, declaration. |
| 63 | 08/11/04 | Catalina Marketing Corp.'s reply in support of motion to compel deposition testimony and production of documents. |

A copy of Local Rule of Civil Procedure 5.1.5 is attached for your convenient reference. If you have any questions, please call Gregg Swierczynski at (267) 299-7022.

Very truly yours,

MICHAEL E. KUNZ
CLERK OF COURT

Gregg Swierczynski
Deputy Clerk

Copies by mail to:
| | | | |
|---|---|---|---|
| E. Castro | S. Coren | E. Goldstein | J. Goldstein |
| J. Gorman | E. Kraeutler | J. Macpete | C. Miller |
| P. Storm | D. Wolff | | |

Notice L.R. 5.1.5.frm