Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**John V. Gorman**
215.963.5157
jgorman@morganlewis.com

**FILED**
APR 09 2007
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

April 9, 2007

**VIA HAND DELIVERY**

Michael E. Kunz
Clerk of the Court
United States District Court
 for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106

Re:  Expanse Networks, Inc., et al. v. Catalina Marketing Corp.
     Civil Action No. 02-2857

Dear Mr. Kunz:

I write on behalf of defendant Catalina Marketing Corp. ("Catalina") in response to the notice of the Court dated March 13, 2007.

Pursuant to Local Rule 5.1.5(c), Catalina objects to the unsealing of the following documents identified on the case docket: Docket Nos. 37, 41, 42, 52, 53, 54, 55, 56, 57 and 63. I am available to discuss these objections or to provide any further information the Court may need to enter an Order directing that Docket Nos. 37, 41, 42, 52, 53, 54, 55, 56, 57 and 63 either remain under seal or be returned to the parties for destruction

Very truly yours,

John V. Gorman

JVG/tp

cc:  Paul V. Storm, Esquire (via first class mail)
     Steven M. Coren, Esquire (via first class mail)
     Edward W. Goldstein, Esquire (via first class mail)