

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EXPANSE NETWORKS, INC.      : CIVIL ACTION
                            :
         vs.                :
                            : NO. 02-2857
CATALINA MARKETING CORP.    :

**FILED**
AUG 1 5 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 13TH day of August, 2007, upon consideration of Defendant's Objections to the unsealing of documents, the Clerk of Court is hereby ORDERED to return the following documents identified on the Court docket to Defendant for destruction: Document Nos. 37, 41, 42, 52, 53, 54, 55, 56, 57 and 65.

BY THE COURT:

ENTERED

CLERK OF COURT

_____
J. CURTIS JOYNER,            J.